Petition for Writ of Mandamus Denied and Memorandum Opinion filed May
12, 2005









Petition for Writ of Mandamus Denied and Memorandum
Opinion filed May 12, 2005.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-05-00296-CV

____________

 

IN RE SUPER GOLDEN INVESTMENTS,
INC., XUAN T. VU, HANH V. TRAN, TRACY HOA NGUYEN, and JAMES NGUYEN, Relators

 

 



 

ORIGINAL
PROCEEDING

WRIT
OF MANDAMUS

 



 

M E M O R A N D U M   O
P I N I O N

On March 29, 2005, relators
filed a petition for writ of mandamus in this court.  See Tex.
Gov=t. Code Ann. ' 22.221 (Vernon 2004); see also Tex. R. App. P. 52. 

Relators have not established that they are
entitled to mandamus relief.  Accordingly,
we deny relators= petition for writ of mandamus. 

 

PER CURIAM

 

Petition Denied
and Memorandum Opinion filed May 12, 2005.

Panel consists of
Justices Yates, Anderson, and Hudson.